AO-10
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App., §§101-111)

| 1. Person Reporting (Last name, first, middle initial) **Barke t, Rosemary** | 2. Court or Organization **U.S. Court of Appeals, Eleventh Circuit** | 3. Date of Report **4/28/05** |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) **U.S. Circuit Judge - Active** | 5. ReportType (check appropriate type) ___ Nomination, Date_____ ___ Initial __XX__ Annual ___ Final | 6. Reporting Period **1-01-04 to 12-31-04** |
|---|---|---|

| 7. Chambers or Office Address 99 NE 4th Street Suite 1223 Miami, Florida, 33132 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Member, Board of Trustees | Barry University |
| 2 Member, Board of Trustees | Lawyers For Children, America |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1 9/1/79 | State of Florida, Div. of Retirement; Sect. 401(a), I.R.C. |
| 2 10/1/82 | Aetna Life Ins.; Deferred Comp., Sect. 457, I.R.C. |
| 3 3/3/87 | Nationwide Life Ins.; Deferred Com ., Sect. 457, I.R.C. |

FINANCIAL DISCLOSURE OFFICE
MAY 9 10 34 AM '05
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2004 | State of Florida Retirement (Aetna & Nationwide) | $ 17,495.21 |
| 2 2004 | State of Florida Judicial Retirement | $ 42,554.76 |
| 3 July 2004 | New Yo k University - Teaching Appellate Judges Seminar | $ 1,800.00 |
| 4 July 2004 | Aspen Institute - Justice & Society Program | $ 500.00 |
| 5 | | $ |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 4/28/05 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | American Constitution Society | June 18 - 20, 2004 - Wash. DC - Airfare |
| 2 | New York University - Appellate Judges Seminar | July 11-16, 2004 - New York, NY - airfare, meals, lodging |
| 3 | Aspen Institute - Justice & Society Program | July 16 24, 2004 - Aspen, CO - air fare, meals, lodging |
| 4 | Jacksonville Women Lawyers Assoc. Luncheon | Oct. 1, 2004 - Jacksonville, FL - airfare, cabs |
| 5 | Donahue Lecture - Suffolk University | Oct. 14 - 15, 2004 - Boston, Mass - airfare, parking |
| 6 | National E Discovery Forum - University of Missouri | Nov. 1 - 2, 2004 - Kansas City, MO - cab, meal |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| XX | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Citicorp (purchase July 2002) | Real Estate Mortgage (½ owner) | O |
| 2 | Farm Credit, Homestead, FL | Real Estate Mortgage (1/3 owner) | K |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 4/28/05 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 Aetna Deferred Comp Plan (now ING Life) | D | Dividend | L | T | | | | | |
| 2 Travel. A(TAPA) was exch./St Paul Travelers | A | Dividend | J | T | | 4/04 | | | |
| 3 CATS Series U | | None | K | T | Redeemed | 8/04 | K | A | |
| 4 Coca Cola (KO) | A | Dividend | J | T | | | | | |
| 5 Dade Cnty GTD | | None | K | T | | | | | |
| 6 Oracle | | None | J | T | sold | 12/04 | J | | |
| 7 Legato Systems (LGTO) (exch. EMC) | | None | J | T | | | | | |
| 8 Loral Space & Common. (LOR) | | None | J | T | | | | | |
| 9 Nationwide | D | Dividend | L | T | | | | | |
| 10 Pacific Telesis Group a a/k/a SBC | A | Dividend | J | T | | | | | |
| 11 Port Everglades | | None | K | T | | | | | |
| 12 American Skandia transferred into ING | | None | M | T | | | | | |
| 13 Smith Barney (money market) | A | Dividend | M | T | | | | | |
| 14 Alliance Technology Mutual Fund | | None | L | T | | | | | |
| 15 Travellers Group (now Citicorp-"C") | B | Dividend | L | T | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 16 Van Kampen American Capi al Agressive Growth (VAGAX) | A | vidend | K | T | | | | | |
| 17 Smith Barney Retirement | A | Dividend | K | T | | | | | |
| 18 Sunrise Utilities | | None | K | T | | | | | |
| 19 Applied Materials | | None | K | T | | | | | |
| 20 Federal National Mortgage Association | A | Dividend | K | T | | | | | |
| 28 Lucent Technology | | None | J | T | | | | | |
| 29 Van Kampen Capital Emerging (ACEGX) | | None | J | T | | | | . | |
| 30 MFS Emerging Growth Fund-Fund (MFEGX) | | None | K | T | | | | | |
| 31 Altera | | None | K | T | | | | | |
| 32 Amgen, Inc (Amgo) | | None | L | T | | | | | |
| 33 Cisco | | None | L | T | | | | | |
| 34 Intel Corporation | A | Dividend | L | T | | | | | |
| 35 Microsoft Corporation | A | Dividend | K | T | | | | | |
| 36 Micron Technology | | None | J | T | | | | | |
| 37 Travel. B (TAPB) was exchanged for St Paul Travelers | A | Dividend | J | T | | 4/04 | | | |
| 38 Home Depot | A | Dividend | J | T | | | | | |
| 39 Texas Instruments | A | Dividend | K | T | Partial Sale | 12/04 | J | | |
| 40 EMC Corp. | | None | J | T | Partial Sale | 12/04 | J | | |
| 41 Hewlett Packard | A | Dividend | K | T | | | | | |
| 42 Selectron | | None | J | T | | | | | |
| 43 JPMorgan Chase | A | Dividend | J | T | | | | | |
| 44 North Trust (NTRS) | A | Dividend | K | T | | | | | |
| 45 Fid. Contra Fd FCNTX | A | Dividend | K | T | | | | | |
| 46 Mfs. Research Fd MFRBX | A | Dividend | K | T | | | | | |
| 47 Mfs Investors Gr MIGBX | | None | K | T | | | | | |
| 48 Putnum Intl Gf PGVBX | A | Dividend | K | T | | | | | |
| 49 Putnum Eurp gr PEUBX | A | Dividend | K | T | | | | | |

| # Name | | Dist. | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 50 Putnam Enrp gr POGBX (changed fr. POBGX) | | None | K | T | | | | | |
| 51 POEBX | | None | J | T | | | | | |
| 52 PfIZER (PFE exchange fr. Warner Lambert | A | Dividend | J | T | | | | | |
| 53 MFS Strategic Growth B (MSBGX) | A | Dividend | J | T | | | | | |
| 54 GE | A | Dividend | K | T | | | | | |
| 55 Dell | | None | J | T | | | | | |
| 56 Corning Inc. (GLW) | | None | K | T | | | | | |
| 57 JDSU | | None | J | T | Sold | 12/04 | J | | |
| 58 Geoerb Microchip GNSS) | | None | J | T | Sold | 12/04 | J | | |
| 59 MC TA (spinoff fr. RMC) | | None | J | T | | | | | |
| 60 IBM | A | Dividend | J | T | | | | | |
| 61 Nokia Corp. (NOK) | A | Dividend | K | T | | | | | |
| 62 Firstcom Corp. (FCLX) (name changed to ATTL) | | None | J | T | | | | | |
| 63 Qualcomm, Inc. (QCOM) | A | Dividend | J | T | | | | | |
| 64 VTFCX | | None | J | T | | | | | |
| 65 PMC Sierra Inc. (PMCS) | | None | J | T | | | | | |
| 66 Tyco Intl. (TYC) | | None | J | T | | | | | |
| 67 Agilent (A) spinoff from Hewlett Packard | | None | J | T | | | | | |
| 68 Avaya (AV) spinoff fr. Lucent Tech. | | None | J | T | | | | | |
| 69 AGERE A | | None | J | T | | | | | |
| 70 AGERE B | | None | J | T | | | | | |
| 71 Zybernaut | | None | K | T | Sold | 12/04 | K | | |
| 71 RE-Parcel 1-Lake Park, FL (1/2 ownership) | | None | N | W | | | | | |
| 72 Re-Parcel 2-Key Largo, FL (1/4 ownership) | | None | K | W | | | | | |
| 73 Re-Parcel 3-Coconut Grove, FL (1/2 ownership) | | None | O | W | | | | | |
| 74 Re-Parcel 4-Homestead, FL (1/3 ownership) | | None | L | W | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 75  Re-Parcel 5-Homestead, FL (1/2 ownership) | | None | L | W | | | | |
| 76  Re-Parcel 6 - New York City (1/2 ownership) | | None | N | W | | | | |
| | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less  F=$50,001- $100,000 | B=$1,001-$2,500  G=$100,001-$1,000,000 | C=$2,501-$5,000  H1=$1,000,001-$5,000,000 | D=$5,001-$15,000  H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less  N=$250,001-$500,000  P3=$25,000,001-$50,000,000 | K=$15,001-$50,000  O=$500,001-$1,000,000 | L=$50,001- $100,000  P1=$1,000,001-$5,000,000  P4=More than $50,000,000 | M=$100,001-$250,000  P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal  U=Book value | R=Cost (real estate only)  V=Other | S=Assessment  W=Estimated | T=Cash/Market | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and comple e to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I fur her certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app , § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signatu _____  Date 5/3/05

NOTE:  ANY I____DUA____ D KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJE____ O CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544